JOHNSON *v.* STATE BAR OF CALIFORNIA ET AL.

No. 434.   Decided November 10, 1969

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

TRANSPORTATION UNLIMITED OF CALI-FORNIA, INC. *v.* UNITED STATES ET AL.

No. 451.   Decided November 10, 1969

*Samuel B. Picone* for appellant.

*Solicitor General Griswold, Assistant Attorney General McLaren, Robert W. Ginnane,* and *Raymond M. Zimmet* for the United States et al., *Francis W. McInerny* for Midwest Coast Transport, Inc., et al., and *David Axelrod* for Little Audrey's Transportation Co., Inc., et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.